PREVIDI v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Joseph J. Previdi against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 665.

PRINCETON CONST. CO. v. BARRIE. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Princeton Construction Company against Caswell Barrie. No opinion. Application denied, with $10 costs. Order signed. See, also, 132 N. Y. Supp. 334.

PUBLIC SERVICE COMMISSION, SECOND DIST., et al., Respondents, v. WESTCHESTER ST. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1912.) Action by the Public Service Commission, Second District, and others, against the Westchester Street Railroad Company.

PER CURIAM. Judgment affirmed, with costs, with the right to the defendant to continue to issue rebate tickets as at present, pending an appeal from this judgment to the Court of Appeals, providing such appeal be taken forthwith and brought on for argument with reasonable dispatch. See, also, 147 App. Div. 928, 131 N. Y. Supp. 1139.

RABONOWITZ, Respondent, v. GREENSPAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 3, 1912.) Action by Joseph Rabonwitz against Augusta Greenspan and others. E. W. S. Johnston, for appellants. A. W. Levy, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

RAMAPO MFG. CO. v. MAPES. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by the Ramapo Manufacturing Company against Julia Pierson Mapes.

PER CURIAM. There is no clear evidence that the order denying defendant's application to postpone the trial has been entered, nor that any motion to open the default has been made, nor that any notice of appeal has been served. Under such circumstances this court will not entertain this application. Motion denied, without costs, without prejudice to a renewal of the application upon further papers.

In re RANDEL. (Supreme Court, Appellate Division, First Department. June 22, 1912.) In the matter of William F. Randel, an attorney. No opinion. Motion denied. Settle order on notice. See, also, 131 App. Div. 937, 116 N. Y. Supp. 1145.

In re RANDOLPH. (Supreme Court, Appellate Division, First Department. April 19, 1912.) In the matter of Charles W. F. Randolph. No opinion. Decree (134 N. Y. Supp. 1117) affirmed, with costs. Order filed.

REINCKE, Respondent, v. TEXAS CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Edgar A. Reincke against the Texas Company. S. W. Howland, for appellant. G. E. Morgan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 134 N. Y. Supp. 752.

RICE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by John A. Rice, an infant, by John H. Rice, his guardian ad litem, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re RICH. (Supreme Court, Appellate Division, First Department. May 10, 1912.) In the matter of Maurice B. Rich. No opinion. Motion granted, on condition that respondent have the commission ready to issue within 10 days after date of entry of order, and cause same to be executed with due diligence. Settle order on notice. See, also, 144 App. Div. 931, 129 N. Y. Supp. 1143.

RICKETSON, Respondent, v. VILLAGE OF SARANAC LAKE, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Henry C. Ricketson against the Village of Saranac Lake. No opinion. Judgment (73 Misc. Rep. 52, 130 N. Y. Supp. 794) unanimously affirmed, with costs.

In re RIEGELMANN. (Supreme Court, Appellate Division, First Department. June 22, 1912.) In the matter of John Riegelmann, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RIKER, Respondent, v. GWYNNE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Samuel Riker, Jr., against Helen S. Gwynne and others. D. Flannagan, for appellants. H. Necarsulmer, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 140 App. Div. 933, 125 N. Y. Supp. 1141.

RILEY, Respondent, v. OLIVER & BURR, Appellants. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by John Riley against Oliver & Burr. T. H. Lord, for appellants. S. B. Stiles, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.